■ ATLANTIC HUDSON REALTY, INC., et al., Respondents, v ROBERT RHODES, Appellant. [707 NYS2d 845] —In an action to recover a real estate broker's commission, the defendant appeals from an order of the Supreme Court, Rockland County (Bergerman, J.), entered April 12, 1999, which denied the plaintiffs' motion for summary judgment on the complaint and for summary judgment dismissing his counterclaims.

Ordered that the appeal is dismissed, without costs or disbursements, as the defendant is not aggrieved by the order.

Because the order entered April 12, 1999, afforded the defendant the full relief sought in opposition to the plaintiffs' motion, i.e., a denial of that motion, he may not appeal from the order. This is so even though the defendant disagrees with the Supreme Court's particular findings (*see, Parochial Bus Sys. v Board of Educ.*, 60 NY2d 539, 545). Ritter, J. P., Sullivan, S. Miller, Luciano and H. Miller, JJ., concur.

■ ROSEMARIE BACCHI, Respondent, v FRITZ COMPANIES, INC., Appellant. [708 NYS2d 298] —In an action pursuant to Executive Law § 296 to recover damages for unlawful employment discrimination, the defendant appeals from an order of the Supreme Court, Queens County (Golia, J.), dated October 30, 1998, which denied its motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The Supreme Court properly found that there are issues of fact which require a trial. Accordingly, the defendant's motion for summary judgment was properly denied (*see generally, Alvarez v Prospect Hosp.*, 68 NY2d 320). O'Brien, J. P., Santucci, Florio and Smith, JJ., concur.